

**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

IN RE:

Kallima Mustafa Turner

Case No.: 25-10279
Chapter 7

DEBTOR(S)

Navy Federal Credit Union

MOVANT
vs.
Kallima Mustafa Turner

and
Steven H Greenfeld, Trustee
RESPONDENT(S)

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO THE PROPERTY KNOWN AS
### 9401 DANIA COURT, FORT WASHINGTON, MD 20744

    Upon consideration of the foregoing Motion Seeking Relief from the Automatic Stay, no opposition having been filed, and good cause having been shown, it is by the United States Bankruptcy Court for the District of Maryland

ORDERED

That the automatic stay imposed by 11 U.S.C. Section 362(a), be and the same is hereby, terminated to enable Navy Federal Credit Union, or its successors and assigns, to proceed with foreclosure against the real property and improvements known as 9401 Dania Court, Fort Washington, MD 20744 and allow the successful purchaser thereof to obtain possession of same.

cc: Cohn, Goldberg & Deutsch, LLC
1099 Winterson Road, Suite 301
Linthicum Heights, MD  21090

Kallima Mustafa Turner
9401 Dania Court
Fort Washington, MD 20744

Willie J Turner
9401 Dania Court
Fort Washington, MD 20744

and respondent(s)' counsel:                    Steven H Greenfeld, Trustee
Pro Se                                          325 Ellington Boulevard, Box 610
                                                Gaithersburg, MD 20878

**End of Order**

2